No. 10–10406. POWELL *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 10–10407. MCCASLAND *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10410. JOHNSON *v.* DONAHUE, WARDEN. Ct. App. Ky. Certiorari denied.

No. 10–10412. SHEPARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10414. SMITH *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 10–10416. PARTOVI *v.* GALOSKI ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10417. OKOH *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–10419. BURGESS *v.* MARTIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10421. BARNES *v.* BOARD OF PRISON TERMS/HEARINGS. C. A. 9th Cir. Certiorari denied.

No. 10–10422. AYEWOH *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–10427. DANIELS *v.* HILDRETH. C. A. 9th Cir. Certiorari denied.

No. 10–10428. VINH HUNG LAM *v.* CITIGROUP, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10431. MURPHY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–10432. PRYCE *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–10433. RUCKER *v.* SAN BERNARDINO COUNTY, CALIFORNIA, ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.